**PENNSYLVANIA BOARD
OF PROBATION AND
PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Nov. 19, 2008.

### *ORDER*

PER CURIAM.

AND NOW, this 19th day of November, 2008, the *per curiam* order of the Commonwealth Court is **AFFIRMED.**

■

**COMMONWEALTH of Pennsylvania,
DEPARTMENT OF ENVIRONMEN-
TAL PROTECTION, Appellee**

v.

**300 NORTH BROAD STREET, LTD.,
a/k/a/ 300 North Broad Street, a Part-
nership, a/k/a 300 North Partnership,
a/k/a 300 North Broad Street Trust,
and Heywood Becker, Appellants.**

Supreme Court of Pennsylvania.

Nov. 19, 2008.

### *ORDER*

PER CURIAM.

AND NOW, this 19th day of November, 2008, the Order of the Commonwealth Court is **AFFIRMED.**

■

Nakia W. **GARRUS,** Appellant

v.

**PENNSYLVANIA DEPARTMENT OF
CORRECTIONS, Jeffrey Beard, Rec-
ords Department at SCI–Graterford,
Appellees.**

Supreme Court of Pennsylvania.

Nov. 19, 2008.

### *ORDER*

PER CURIAM.

AND NOW, this 19th day of November, 2008, the Order of the Commonwealth Court is hereby **AFFIRMED.**